# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| van Keulen, Susan | U.S. District Court for the Northern District of California | 04/04/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge (FT) | ☐ Nomination　　Date<br>☐ Initial　☑ Annual　☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

280 S. 1st Street
San Jose, CA 55113

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.　Trustee | Trust #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Keulen, Susan | 04/04/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | ▨▨▨▨▨▨ (salary) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Arizona | March 4-6, 2018 | Tucson, AZ | IP Conference Panelist | Transportation, lodging, and meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Keulen, Susan | 04/04/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Keulen, Susan | 04/04/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America (cash) | A | Interest | L | T | | | | | |
| 2. Citibank (cash) | A | Interest | J | T | | | | | |
| 3. Chase (cash) (Y) | | | | | | | | | |
| 4. Vanguard Growth Index Fund Adm (VIGAX) | A | Dividend | J | T | | | | | |
| 5. ▓▓▓▓▓▓▓▓▓ , PC | | None | K | U | | | | | |
| 6. Amersfoort Company | D | Distribution | K | U | | | | | |
| 7. Gunter Building, LLC | | None | J | U | | | | | |
| 8. HSA (cash) (X) | A | Interest | K | T | | | | | |
| 9. Trust Account #1 (H) | | | | | | | | | |
| 10. Charles Schwab Deposit Account (Cash) (Y) | | | | | | | | | |
| 11. Nike Inc (NKE) | A | Dividend | J | T | | | | | |
| 12. Powershares Global Clean Energy ETF (PBD) (Y) | | | | | | | | | |
| 13. Trust Account #2 (H) | | | | | | | | | |
| 14. Schwab Cash Reserves (SWSXX) | A | Dividend | M | T | | | | | |
| 15. Invesco Db Base Metals ETF (DBB) | A | Dividend | K | T | Buy | 04/18/18 | K | | |
| 16. | | | | | Sold (part) | 12/18/18 | J | | |
| 17. Invesco Db Energy ETF (DBE) | A | Dividend | J | T | Buy | 04/18/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | van Keulen, Susan | 04/04/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Invesco DB Oil ETF (DBO) | A | Dividend | J | T | Buy | 04/18/18 | J | | |
| 19. IShares Gold ETF (IAU) | | None | K | T | Buy | 04/18/18 | K | | |
| 20. IShares MSCI EAFE Growth ETF (EFG) | A | Dividend | J | T | Buy | 04/18/18 | J | | |
| 21. Schwab Fundamental Intl Small Com ETF (FNDC) | | None | | | Buy | 04/18/18 | K | | |
| 22. | | | | | Sold | 12/18/18 | K | | |
| 23. Schwab US Broad Mkt ETF (SCHB) | B | Dividend | M | T | Buy | 04/18/18 | M | | |
| 24. Vanguard Small Cap Growth ETF (VBK) | A | Dividend | K | T | Buy | 04/18/18 | L | | |
| 25. Vanguard Ca Inter Term Tax Exempt Fd Adm (VCADX) | B | Dividend | M | T | Buy | 04/18/18 | M | | |
| 26. Baird Core Plus Bd Inst (BCOIX) | A | Dividend | | | Sold | 04/18/18 | L | | |
| 27. Eaton Vance Floating Rate Advantage I (EIFAX) | A | Dividend | | | Sold | 04/18/18 | J | | |
| 28. Metropolitan West Total Return Bond I (MWTIX) | A | Dividend | | | Sold | 04/18/18 | L | B | |
| 29. Pimco Incm Cl P (PONPX) | A | Dividend | | | Sold | 04/18/18 | K | | |
| 30. Prudential High Yield Fund Cl Z (PHYZX) | A | Dividend | | | Sold | 04/18/18 | J | A | |
| 31. Prudential Total Return Bd Z (PBDZX) | A | Dividend | | | Sold | 04/18/18 | J | | |
| 32. Western Asset Core Plus Bd Fd I (WATFX) | A | Dividend | | | Sold | 04/18/18 | K | | |
| 33. Artisan Intl Value Fund Adv (APDKX) | | None | | | Sold | 04/18/18 | J | B | |
| 34. Lazard Intl Equity Portfolio Inst Shares (LZIEX) | A | Dividend | J | T | Sold (part) | 04/18/18 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Keulen, Susan | 04/04/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 12/18/18 | K | A | |
| 36. Parnassus Core Equity Fd I (PRILX) | A | Dividend | J | T | Buy | 12/18/18 | J | | |
| 37. Oakmark Int'l Small Cap Fund Adv (OAYEX) | | None | | | Sold | 04/18/18 | J | A | |
| 38. Oppenheimer Intl Small Mid Company Y (OSMYX) | | None | | | Sold | 04/18/18 | J | B | |
| 39. Schwab Core Equity Fund (SWANX) | D | Dividend | L | T | | | | | |
| 40. Schwab Dividend Equity Fund (SWDSX) | C | Dividend | K | T | | | | | |
| 41. Schwab Fundamental US Large Co Index (SFLNX) | D | Dividend | K | T | | | | | |
| 42. Schwab Fundamental US Small CO Index (SFSNX) | | None | K | T | | | | | |
| 43. Schwab Large-Cap Growth Fund (SWLSX) | | None | | | Sold | 04/18/18 | K | D | |
| 44. Schwab Small-Cap Equity Fund (SWSCX) | D | Dividend | K | T | Buy (add'l) | 04/18/18 | K | | |
| 45. | | | | | Buy (add'l) | 12/18/18 | J | | |
| 46. Trust Account #3 (H) | | | | | | | | | |
| 47. Charles Schwab Deposit Account (Cash) | A | Interest | M | T | | | | | |
| 48. Apple Stock (APL) | C | Dividend | M | T | | | | | |
| 49. Berkshire Hathaway, Class B Stock (BRKB) | | None | M | T | | | | | |
| 50. DowDupont Inc. (DWDP) | B | Dividend | L | T | | | | | |
| 51. Home Depot (HD) | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Keulen, Susan | 04/04/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Travelers Companies Group (TRV) | B | Dividend | M | T | | | | | |
| 53. UnitedHealth Group (UNH) | C | Dividend | M | T | | | | | |
| 54. IRA #1 (H) | | | | | | | | | |
| 55. Schwab Cash Reserves (SWSXX) (Y) | | | | | | | | | |
| 56. Baird Core Plus Bd Inst (BCOIX) | A | Dividend | K | T | | | | | |
| 57. Eaton Vance Floating Rate Advantage I (EIFAX) | A | Dividend | | | Sold | 04/18/18 | J | | |
| 58. Metropolitan West Total Return Bond I (MWTIX) | A | Dividend | | | Sold | 04/18/18 | K | A | |
| 59. Pimco Incm Cl A (PONAX) | A | Dividend | | | Buy | 04/18/18 | J | | |
| 60. | | | | | Sold | 06/20/18 | J | | |
| 61. Pimco Incm Cl P (PONPX) | | None | | | Sold | 06/14/18 | J | | |
| 62. PGIM High Yield Fund Cl Z (PHYZX) (formerly Prudential) | A | Dividend | J | T | | | | | |
| 63. Pimco Incm Inst Cl (PIMIX) | A | Dividend | J | T | Buy | 06/14/18 | J | | |
| 64. | | | | | Buy (add'l) | 06/20/18 | J | | |
| 65. AMG Timesquare Intl Sm Cap Fd N (TCMPX) | | None | | | Buy | 04/18/18 | K | | |
| 66. | | | | | Sold | 06/18/18 | K | | |
| 67. AMG Timesquare Intl Sm Cap Fd I (TQTIX) | A | Dividend | J | T | Buy | 06/18/18 | K | | |
| 68. Fidelity Adv Intl Real Estate Fd Cl A (FIRAX) | A | Dividend | J | T | Buy | 04/18/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Keulen, Susan | 04/04/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Fidelity Adv Real Estate Income Fd Cl A (FRINX) | | None | | | Buy | 04/18/18 | K | | |
| 70. | | | | | Sold | 05/17/18 | K | | |
| 71. Fidelity Adv Real Estate Income Fd Cl I (FRIRX) | C | Dividend | K | T | Buy | 05/17/18 | K | | |
| 72. Janus Henderson Small Cap Value T (JSCVX) | B | Dividend | | | Buy | 04/18/18 | K | | |
| 73. | | | | | Sold | 06/18/18 | K | | |
| 74. Janus Henderson Small Cap Value I (JSCOX) | | None | K | T | Buy | 06/18/18 | K | | |
| 75. Prudential Total Return Bd Z (PBDZX) | A | Dividend | | | Sold | 04/18/18 | K | | |
| 76. Western Asset Core Plus Bd Fd I (WATFX) | A | Dividend | | | Sold | 04/18/18 | J | | |
| 77. Artisan Intl Value Fund Adv (APDKX) | | None | | | Sold | 04/18/18 | J | A | |
| 78. Lazard Intl Equity Portfolio Inst Shares (LZIEX) | A | Dividend | J | T | Sold (part) | 04/18/18 | J | A | |
| 79. Oakmark Int'l Small Cap Fund Adv (OAYEX) | | None | | | Sold | 04/18/18 | J | A | |
| 80. Oppenheimer Intl Small Mid Company Y (OSMYX) | | None | | | Sold | 04/18/18 | J | A | |
| 81. Schwab Core Equity Fund (SWANX) | C | Dividend | | | Sold | 12/18/18 | K | A | |
| 82. Schwab Dividend Equity Fund (SWDSX) | A | Dividend | | | Sold | 04/18/18 | J | B | |
| 83. Schwab Fundemental US Large Co Index (SFLNX) | | None | | | Sold | 12/18/18 | J | D | |
| 84. Schwab Fundemental US Small Co Index (SFSNX) | | None | | | Sold | 04/18/18 | J | C | |
| 85. Schwab Large-Cap Growth Fund (SWLSX) | | None | | | Sold | 04/18/18 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Keulen, Susan | 04/04/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Schwab Small-Cap Equity Fund (SWSCX) | | None | | | Sold | 04/18/18 | J | A | |
| 87. Parnassus Core Equity Fd Inst (PRILX) | A | Dividend | K | T | Buy | 12/18/18 | K | | |
| 88. IRA #2 (H) | | | | | | | | | |
| 89. Schwab Cash Reserves (SWSXX) | A | Dividend | J | T | | | | | |
| 90. Invesco QQQ Trust (QQQ) | A | Dividend | K | T | Buy | 08/27/18 | K | | |
| 91. | | | | | Sold (part) | 11/29/18 | J | | |
| 92. Invesco S&P Low Volatility ETF (SPLV) | A | Dividend | J | T | Buy | 08/27/18 | J | | |
| 93. IShare Edge MSCI Min Vol EAFE ETF (EFAV) | A | Dividend | J | T | Buy | 08/27/18 | J | | |
| 94. IShares Commodities Select Strtgy ETF (COMT) | B | Dividend | J | T | Buy | 08/27/18 | K | | |
| 95. | | | | | Sold (part) | 10/31/18 | J | | |
| 96. | | | | | Sold (part) | 11/29/18 | J | | |
| 97. IShares Core S&P Small Cap ETF (IJR) | A | Dividend | | | Buy | 08/27/18 | J | | |
| 98. | | | | | Sold | 10/31/18 | J | | |
| 99. IShares Core US Aggregate Bond ETF (AGG) | A | Dividend | K | T | Buy | 08/27/18 | K | | |
| 100. IShares Core 1-5 Yr USD Bd ETF (ISTB) | A | Dividend | J | T | Buy | 08/27/18 | J | | |
| 101. IShares Gold ETF (IAU) | | None | J | T | Buy | 08/27/18 | J | | |
| 102. | | | | | Sold (part) | 09/05/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Keulen, Susan | 04/04/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. IShares IBOXX High Yield Bond ETF (HYG) | A | Dividend | J | T | Buy | 08/27/18 | J | | |
| 104. IShares JPMorgan USD Mts Bond ETF (EMB) | A | Dividend | J | T | Buy | 08/27/18 | J | | |
| 105. IShares MSCI Hong Kong ETF (EWH) | | None | | | Buy | 08/27/18 | J | | |
| 106. | | | | | Sold | 09/05/18 | J | | |
| 107. IShares Russell 2000 ETF (IWM) | A | Dividend | J | T | Buy | 08/27/18 | J | | |
| 108. IShares TIPS Bond ETF (TIP) | A | Dividend | J | T | Buy | 08/27/18 | J | | |
| 109. IShares 1-3 Yr Treasry Bond ETF (SHY) | A | Dividend | K | T | Buy | 10/31/18 | K | | |
| 110. IShares 20 Pls Yr Treasury Bnd ETF (TLT) | A | Dividend | J | T | Buy | 08/27/18 | J | | |
| 111. Pimco Enhanced Shrt Maturty Actv ETF (MINT) | A | Dividend | J | T | Buy | 09/05/18 | J | | |
| 112. Select Sector Health Care SPDR ETF (XLV) | A | Dividend | J | T | Buy | 10/31/18 | J | | |
| 113. SPDR Fund Consumer Staples ETF (XLP) | A | Dividend | J | T | Buy | 10/31/18 | J | | |
| 114. Select Str Financial Select SPDR ETF (XLF) | A | Dividend | | | Buy | 08/27/18 | J | | |
| 115. | | | | | Sold | 10/31/18 | J | | |
| 116. SPDR S&P 500 ETF (SPY) | A | Dividend | K | T | Buy | 08/27/18 | K | | |
| 117. | | | | | Sold (part) | 10/31/18 | J | | |
| 118. | | | | | Sold (part) | 11/29/18 | J | | |
| 119. Vanguard Consumer Discretionary ETF (VCR) | A | Dividend | J | T | Buy | 08/27/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Keulen, Susan | 04/04/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Vanguard Dividend Appreciation ETF (VIG) | A | Dividend | K | T | Buy | 08/27/18 | K | | |
| 121. Vanguard FTSE Developed Mkts ETF (VEA) | A | Dividend | L | T | Buy | 08/27/18 | L | | |
| 122. Vanguard FTSE Emerging Mkts ETF (VWO) | A | Dividend | J | T | Buy | 08/27/18 | J | | |
| 123. Vanguard Short Term Treasury ETF (VGSH) | A | Dividend | K | T | Buy | 11/29/18 | K | | |
| 124. Vanguard Total Stock Market ETF (VTI) | A | Dividend | K | T | Buy | 08/27/18 | K | | |
| 125. Baird Core Plus Bd Inst (BCOIX) | A | Dividend | | | Buy (add'l) | 01/04/18 | J | | |
| 126. | | | | | Sold | 08/27/18 | K | | |
| 127. Eaton Vance Floating Rate Advantage I (EIFAX) | A | Dividend | | | Sold | 08/27/18 | J | A | |
| 128. Metropolitan West Total Return Bond I (MWTIX) | A | Dividend | | | Buy (add'l) | 01/04/18 | J | | |
| 129. | | | | | Sold | 08/27/18 | K | | |
| 130. Pimco Incm Cl P (PONPX) | A | Dividend | | | Buy (add'l) | 01/04/18 | J | | |
| 131. | | | | | Sold | 08/27/18 | J | | |
| 132. PGIM High Yield Fund Cl Z (PHYZX) (formerly Prudential) | A | Dividend | | | Buy (add'l) | 01/04/18 | J | | |
| 133. | | | | | Sold | 08/27/18 | J | | |
| 134. PGIM Total Return Bd Z (PBDZX) (formerly Prudential) | A | Dividend | | | Buy (add'l) | 01/04/18 | J | | |
| 135. | | | | | Sold | 08/27/18 | K | | |
| 136. Western Asset Core Plus Bd Fd I (WATFX) | A | Dividend | | | Buy (add'l) | 01/04/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. | | | | | Sold | 08/27/18 | K | | |
| 138. Artisan Intl Value Fund Adv (APDKX) | | None | | | Buy (add'l) | 01/04/18 | J | | |
| 139. | | | | | Sold | 08/27/18 | J | A | |
| 140. Lazard Intl Equity Portfolio Inst Shares (LZIEX) | A | Dividend | | | Buy (add'l) | 01/04/18 | J | | |
| 141. | | | | | Sold | 08/27/18 | K | B | |
| 142. Oakmark Int'l Small Cap Fund Adv (OAYEX) | | None | | | Sold | 08/27/18 | J | A | |
| 143. Oppenheimer Intl Small Mid Company Y (OSMYX) | | None | | | Sold | 08/27/18 | J | A | |
| 144. Schwab Core Equity Fund (SWANX) | | None | | | Buy (add'l) | 01/04/18 | J | | |
| 145. | | | | | Sold | 08/27/18 | K | D | |
| 146. Schwab Dividend Equity Fund (SWDSX) | A | Dividend | | | Buy (add'l) | 01/04/18 | J | | |
| 147. | | | | | Sold | 08/27/18 | K | B | |
| 148. Schwab Fundamental US Large Co Index (SFLNX) | | None | | | Buy (add'l) | 01/04/18 | J | | |
| 149. | | | | | Sold | 08/27/18 | K | D | |
| 150. Schwab Fundemental US Small Co Index (SFSNX) | | None | | | Buy (add'l) | 01/04/18 | J | | |
| 151. | | | | | Sold | 08/27/18 | J | C | |
| 152. Schwab Large-Cap Growth Fund (SWLSX) | | None | | | Buy (add'l) | 01/04/18 | J | | |
| 153. | | | | | Sold | 08/27/18 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Schwab Small-Cap Equity Fund (SWSCX) | | None | | | Buy (add'l) | 01/04/18 | J | | |
| 155. | | | | | Sold | 08/27/18 | J | B | |
| 156. IRA #3 (H) | | | | | | | | | |
| 157. RBC Money Mkt Obligs Tr Federated Prime Obligs Fd | A | Dividend | K | T | | | | | |
| 158. Advisors Inner Circle Fd II Champlain Small Co Fd Instl (CIPNX) | | None | | | Sold | 05/18/18 | J | B | |
| 159. Alger Fds II Spectra Fd Cl Z (ASPZX) | C | Dividend | L | T | Buy (add'l) | 05/18/18 | J | | |
| 160. Alger Small Cap Focus Fund Cl Z (AGOZX) | A | Dividend | K | T | Buy | 05/18/18 | K | | |
| 161. JP Morgan Diversified Mid Cap Growth Fd Cl I (HLGEX) | B | Dividend | K | T | | | | | |
| 162. JP Morgan Tr II Equity Income Fd Cl I (HLIEX) | C | Dividend | L | T | | | | | |
| 163. Vanguard Mid Cap Value Index Fund Admiral (VMAX) | A | Dividend | K | T | | | | | |
| 164. Artisan Partners Fds Inc Int'l Value Fd Adv (APDKX) | B | Dividend | L | T | | | | | |
| 165. IRA #4 (H) | | | | | | | | | |
| 166. Fidelity Cash Management (cash account) (Y) | | | | | | | | | |
| 167. Fidelty Govt Money Market (SPAXX) (X) | A | Dividend | K | T | | | | | |
| 168. Fidelity Intl Growth Fund (FIGFX) (X) | A | Dividend | L | T | | | | | |
| 169. Fidelity OTC Port (FOCPX) (X) | E | Dividend | N | T | | | | | |
| 170. Fidelity Blue Chip Growth (FBGRX) (X) | E | Dividend | N | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Keulen, Susan | 04/04/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Fidelity Small Cap Growth (FCPGX) (X) | E | Dividend | M | T | | | | | |
| 172. Fidelity Select Constructn & Housing (FSHOX) (X) | E | Dividend | N | T | | | | | |
| 173. Buffalo Discovery Fund (BUFTX) (X) | D | Dividend | M | T | | | | | |
| 174. Conestoga Small Cap Investor Class (CCASX) (X) | B | Dividend | M | T | | | | | |
| 175. T Rowe Price Blue Chip Growth Inc (TRBCX) (X) | D | Dividend | N | T | | | | | |
| 176. William Blair Intnat Leaders Fund Cl N (WILNX) (X) | B | Dividend | L | T | | | | | |
| 177. Fidelity Capital & Income (FAGIX) (X) | D | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Keulen, Susan | 04/04/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I, line 1: All reportable assets of Trust #1 are listed in Part VII.

Trust Account #1: Formerly Trust Account #2.

Trust Account #2: Formerly Trust Accounts #3 and #4 (consolidated in 2018).

Trust Account #3: Formerly Trust Account #5.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Susan van Keulen**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544